No. 88–5211.  SMITH v. ORR, SECRETARY, DEPARTMENT OF THE AIR FORCE, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 88–5249.  PUNCHARD v. UNITED STATES DISTRICT COURT. C. A. 10th Cir.  Certiorari denied.

No. 88–5273.  REDDY v. COOMBE, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 88–5274.  CATTOUSE v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 88–5322.  GLIGORIJEVIC v. KEAN ET AL.  C. A. 2d Cir. Certiorari denied.

No. 88–5325.  FAIRCHILDE v. EARNST ET AL.  C. A. 3d Cir. Certiorari denied.

No. 88–5326.  FAIRCHILDE v. HODEL, SECRETARY OF THE INTERIOR.  C. A. 3d Cir.  Certiorari denied.

No. 88–5360.  SHINN v. UNITED STATES DEPARTMENT OF THE ARMY.  C. A. 3d Cir.  Certiorari denied.

No. 88–5368.  STEBBINS v. DISTRICT OF COLUMBIA ET AL. Ct. App. D. C.  Certiorari denied.

No. 88–5377.  FERENC v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 88–5378.  COLLIER v. JONES.  C. A. 11th Cir.  Certiorari denied.

No. 88–5388.  WILSON v. MANN, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 88–5390.  JACKSON v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 88–5391.  LINKOUS v. OLINGER.  Cir. Ct. Va., Montgomery County.  Certiorari denied.